UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FABIAN NAVA, | ) | CASE NO. CV 10-262-DSF (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: January 21, 2010

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~6209944.wpd